**FILED - GR**
March 6, 2023 1:24 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: /3/8

In the Cook Court at The U.S. District Court Western District

**REGISTERED MAIL # RF 628 368 030 US**

| | |
|---|---|
| Robert Cook,<br>United States of States of America,<br>Man; Claimant,<br>16357 J Dr. S<br>Marshall MI [49068]<br>v.<br><br>THE HUNTINGTON NATIONAL BANK,<br>JONATHAN L. ENGMAN, ISLN 913503865<br>TRACIE L. TOMAK, ISLN 922048990<br>DIANE L. DERENGE,<br>KENNEDY LEO,<br>DANA NESSEL,<br>SCOTT EBY<br>Respondent(s)<br><br>W. BIG BEAVER ROAD, SUITE 117<br>TROY, MI 48084<br><br>161 E. Michigan Ave<br>Battle Creek, MI 49014 | State Case No. 22-3079-GZ<br><br>Claim of Damages for the trespass:<br><br>**Administering Property without Right**<br><br>Trespass Pursuant to: 42 USC §1983;<br><br>Administrative Procedures Act 91946);<br><br>Privacy Act 5 U.S.C. 551-552<br><br>Bill of Rights: Articles(s) The First, Fourth, and Fifth (Verified) HEARING DEMANDED<br><br>**1:23-cv-230**<br>**Jane M. Beckering**<br>**U.S. District Judge** |

The Cook Court presents notice:

### Claim for relief/ and restitution.

I, a man; on the land of Michigan Republic; Robert: hereinafter i/Claimant; move this court to enter an order of INJUNCTION:

1. Man, woman, or persons named above as Respondent(s) trespass upon my property under color of law;
2. The causal agent trespass is Deprivation of Rights under color of law **Administering Property without right** resulting in removal of $3,670,000.00 of property damage;
3. The trespass did and does cause injury to my right to pursue happiness/acquire and protect property;
4. This trespass began on January twelfth two thousand twenty two, and continues still today March third two thousand twenty three;

5. I require an injunctive relief/restitution for the initial and continual trespass upon my property.
6. I wish for the immediate restore of property or its monetary value in equivalent.

i say here and will verify in open court that all herein be true

By: *Robert:Cook*

By: Robert:Cook<br>March third two thousand twenty three

No. 22-3079-GZ

The Cook Court Presents:

## Facts of the case

At all times relevant to this case, the trespassers act as or on behalf of Debt Collectors (1). Where one is mentioned as styled in this case, other Respondent(s) are included as or through Debt Collectors Agents [Cf. 15 U.S.C. 3s 1962€, 15 U.S.C. ss 1962a(6). [Emphasis Added]]

At all times relevant to this case i; man; Claimant(s); is in lawful possession of my property.

It is a FACT There is no contractual relationship between Respondent and Claimant.

It is a FACT Claimant has never given consent to sue.

It is a FACT Respondent(s) came in to act as a debt collector yet has not expressed written consent to communicate with Claimant about any debt.

It is a FACT On the 12th day of January a harassing letter began to interfere with my peaceful living activities.

It is a FACT that Robert has exhausted every equitable remedy and it has been ignored from the FICTIONAL attorney and FICTIONAL court system.

It is a FACT the securitized contract on the record was rescinded.

It is a FACT that the terms and conditions and accounting or bookkeeping have been refused to be provided by claimants.

It is a FACT that officers of the court came to the private home of Robert to harass and attempt to steal Robert's property.

It is a FACT that Robert and wife are in fear of their safety every time they leave their private dwelling that armed robbers (COURT AFFILIATES) will attempt to illegally search and seize Roberts property.

It is a FACT that the 10th District Court is trying to hold Robert in Contempt for not giving these FICTIONAL ACTORS his private property that was aligned in the will of Eloheem.

It is a FACT : JONATHAN L. ENGMAN registered itself as a FOREIGN FICTION in the fiction state known as MICHIGAN (US): Thus giving themselves FICTION JURIS-DICTION in FICTION MICHIGAN ONLY: but to claim such JURIS-DICTION would mean they would also have to claim insanity to consider a fiction a fact and not be able to decipher reality.

It is a FACT When one cannot decipher reality one is usually put into a mental hospital for it; so JONATHAN L. ENGMAN and TRACIE L. TOMAK and its overseers of flesh; blood and soul; are claiming insanity and their need to have a mental evaluation performed IMMEDIATELY if they continue to act; pretend; or trespass due to their disconnection from reality.

It is a FACT that these persons acting are not of a sound mind because they are living in FICTION; being that ONLY TRUTH can generate from a sound mind of sanity; that leaves all who dwell in that fiction INSANE.

**CAUSES OF ACTION**

1. <u>**Trespass**</u>

JONATHAN L. ENGMAN Trespass [to land] involves the "wrongful interference with one's possessory right in [real] property." It is not necessary to prove that harm was suffered to bring a claim. The main element of the tort is "interference". To survive a claim of trespass the Wrongdoer must show proof of lawful rights by way of licensing, valid contract, receipt, superior possessory rights or lawful necessity.

<u>**Proof and Elements of Trespass:**</u>

Count 1. Respondents interfered with my possessory rights by refusing to remove Claimants private property from the public record.

Count 2. This trespass causes annoyance, mental and emotional stress, and anxiety because public agents use the false record to administer Claimants private property for public use without compensation as well.

Count 3. This trespass caused interference with the relationships with my property and the State of Michigan.

Count 4. This trespass damages my right to peaceful enjoyment of my property.

Respondents claim to have a right to my property based on the presumption that it was within their public jurisdiction. However, the Respondent is/are willing or unable to prove this presumption. Without a valid contract the Respondent has no rights to remove my wife, myself, my materials or personal property on my property. Interfere with my lawful possessory rights to enjoy my property which is trespass by way of deprivation of rights.

2. <u>**Forgery**</u>

There are several elements to the crime of forgery, and all must be proven before someone can be found guilty:

(1) A person must make, alter, use, or possess a false document....

(2) The writing must have legal significance. ...

(3) The writing must be false. ...

(4) Intent to defraud.

Count 1. Claimant re-alleges and restates the foregoing jurisdictional and Facts of the case allegations.

Count 2. Respondent(s) used a false instrument purported to be a [SUMMONS].

Count 3. Such an instrument is typically used by a lawful owner of property to invoke the legal powers of a court of competent jurisdiction.

Count 4. The instrument is a nullity because it is not for the intent of what it alleges to be.

Count 5. Respondent(s) intends to use this INSTRUMENT to defraud Claimant.

Wherefore Claimant moves this court to enter an order for money damages against Defendants jointly and severally together with such further relief as the court may deem equitable and just under the circumstances. DID DEFENDANT(S) ADMIT TO DOING THINGS ON BEHALF OF ANOTHER TO BENEFIT THEMSELVES FINANCIALLY?

No.22-3079-GZ

## Conclusion

Claimant clearly shows that the Respondent acted jointly and severally and violated their lawful obligations to protect life and property through the enforcement of laws & regulations as well as act unlawfully to willfully defraud the Claim.

**JURISDICTION**

The nature of the claim is within the jurisdiction of this court because it is more than $20/Federal question/Diversity of citizenships. Claimant is a man that lives in the Kingdom of Heaven and Respondent are Resident Persons of the STATE OF MICHIGAN.

**DEMAND FOR TRIAL BY JURY**

Claimant hereby demands a trial by jury on any cause of action with respect to which there is a right to trial by jury.

**RELIEF REQUESTED**

1. Compensatory damages in the amount of $3,670,000.00 USD. For the harm of this fiasco leading to anxiety and heart palpitations due to the mental stress caused by the harassing letters and threats. Claimant worries every night and experiences deep depression due to anxiety. This contributed to several thousand dollars and thousand hours and much financial stress for seeking counsel and various lawful defenses to their continuous harassment. Although no monetary value can erase past stresses upon Claimants mental or physical health, it can at least alleviate the present ones caused by Respondent trespass.
2. A permanent injunction directing and ordering Respondents not to further harass or deprive rights without his express consent or other valid authorization.
3. Ejectment of all documents referencing trespassers claims.
4. An award of such further and additional lawful and equitable relief as the Court deems just and proper.

i say all herein is true and will be verified in open Court.

By: *Robert:Cook* (signature)

By: Robert:Cook

The Cook Court presents Notice of court rules:                    No. 22-3079-GZ

## VERIFICATION

**Firstly**: i; man; declare and require all documents including recommendations and orders being placed into the case to be verified in open court under oath or affirmation. All documents submitted without verification by the court will take notice as contempt of court and will be void. All documents filed through the Office of the court clerk must be time stamped.

**Secondly**: I say here and will verify in open court that all here is true.

## SIGNATURES

**Firstly**: I; man; declare and require all documents including recommendations and orders being placed into the case file to have a fixed upon it a wet ink (blue ink) signature of its creator (NO RUBBER STAMPS) on all documents submitted. Documents without a wet ink (blue ink) signature the court will take notice as a contempt of court and will be void.

## COMPENSATION

**Firstly**: I; man; declare that compensatory damages in the amount of $3,670,000.00 USD are due posthaste.

**Secondly**: the arrival of the sum for damages is based upon the belief that to charge by the rate of 10,000 United Stated Dollars per day of wrongdoing is fair and just

**Thirdly**: to the 16th day of January 2023, approximately 367 days have passed since the commencement of the use of an instrument which prevents me from the enjoyment of my property physically.


I say here and will verify in open court that all herein be true

By: _Robert:Cook_

By: Robert:Cook

The Cook Court presents Notice:

## Order

Robert:Cook property is restored, and he is granted compensatory damages in the amount of $3,670,000.00 for the trespass

_____

Seal

## Definitions and Law of the Case

The meaning of the words used within the context of this case, are decreed as follows, then let it be said, let it be done, and non may add to, nor take away from, what is decreed and expressed herein which renders silent that which is implied, assumed, or presumed [Cf. Expressum facit cessare tacitum. That which is expressed makes that which is implied to cease…. Where a law sets down plainly its meaning the court is prevented from making it mean what the court pleases." Munro v. City of Albuquerque, 48 N.M. 306, 150 P.2d 733-4]:

**Trespass:** to go or intrude (on the property, privacy, or preserves of another) with no right or permission. [Cf. Robert's River Rides v. Steamboat Dev., 520 N.W.2d 294,301 (Iowa 1994) "wrongful interference with one's possessory rights in [real] property"]

**Claim (n):** a right to something; specifically in title to a debt, privilege, or other thing in the possession of another.

**Debt Collector:** any person who uses any instrumentality of interstate commerce or the mail in any business principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due to another.

Where attorneys serve as "debt collectors," as that term is defined under the Fair Debt Collection Practices Act (FDCPA), for serving to collect debts on behalf of their clients, they can expose themselves to liability by failing to comport with the FDCPA's structures and obligations—including the obligation to provide to consumers certain notices of their rights. [Cf. 15 U.S. Code ss 1962a(6)]

3. **Claimant (n):** one who demands anything as a right [1747].
4. **Loan (v):** a loan is the act of giving money, property, or other material goods to another party in exchange for future repayment of the principal interest amount along with he interests or other finance charges
5. **Contract (n):** a legally binding or valid agreement between two parties. The law will consider a contract to be valid id the agreement contains all of the following elements:
    a. Offer and acceptance.
    b. An intention between parties to create binding relations;
    c. Consideration to be paid for the promise made;
    d. Legal capacity of the parties to act;
    e. Genuine consent of the parties; and
    f. Legality of the agreement.

And agreement that lacks one or more of the elements listed above is not a valid contract.

6. **Debt (n):** "any obligation or alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance or services which are subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment." [Cf. 15 U.S.C. ss 1962a(5)]

7. **Consummation (n):** consummation is the date that a consumer becomes contractually obligated to the credit on the loan. Consummation is not the same as closing or settlement. [Cf. TILA-RESPA RULE ss 1026.2(a)13)]
8. **Collateral (n):** a property or other asset that a borrower offers as a way for a lender to secure a loan.
9. **Person (n):** The term "person" includes an individual, partnership, associations, corporation, organization, or any other combination of individuals:

i say here and will verify in open court that all herein be true.

By: *Robert:Cook*

By: Robert:Cook

## NOTICE OF certificate of SERVICE:

THE HUNTINGTON NATIONAL BANK, Customer Advocacy Team EA1W02, P.O. BOX 1558 COLUMBUS, OHIO 43216

JONATHON L. ENGMAN, 3290 W. BIG BEAVER ROAD, SUITE 117 TROY, MI 48084

TRACIE L. TOMAK, 161 E. Michigan Ave. Battle Creek, MI 49014

DIANE L. DERENGE, 3290 W. BIG BEAVER ROAD, SUITE 117 TROY, MI 48084

KENNEDY LEO, Customer Advocacy Team EA1W02 P.O. BOX 1558 COLUMBUS. OHIO 43216

DANA NESSEL, 525 W. Ottawa St., Lansing, MI 48933

SCOTT EBY, 161 E. Michigan Ave, Battle Creek, MI 49014

The above parties have been duly served the following
**NOTICE: JURISDICTION (DIVERSITY)**
**DEFINITIONS AND LAW OF CASE**
**REQUEST FOR PRODUCTION OF DOCUMENTS AND QUESTIONS**
**COMPENSATION**
**SIGNATURES**
**VERIFICATIONS**
**FACTS OF CASE**
**Claim**

And as of this __3rd__ day of __March__ 20__23__ . I say here and will verify in open court that all herein be true.

By: _Robert: Cook_

By: Robert:Cook



