UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT COOK,

        Plaintiff,

v.

THE HUNTINGTON NATIONAL
BANK, *et al.*,

        Defendants.
_____/

Case No. 1:23-cv-230

Hon. Jane M. Beckering

**ORDER DENYING *IN FORMA PAUPERIS* STATUS**
**and**
**ORDER OF DISMISSAL**

The Court denied *pro se* plaintiff Robert Cook's first application to proceed *in forma pauperis* without prejudice because he submitted a frivolous filing "to be accepted in lieu" of the appropriate form. See Order (ECF No. 7).[1] The Court instructed plaintiff to file the appropriate form or pay the filing fee:

> Cook must either file the appropriate "Application to Proceed in District Court Without Prepaying Fees or Costs" (AO 239) available on the Court's website or submit the $402.00 filing fee by no later **March 31, 2023**. If Cook fails to file the application or pay the filing fee, then this action will be dismissed.

*Id*. On March 16, 2023, Cook filed a second application to proceed *in forma pauperis* using the Court's form (AO 239) (ECF No. 8). However, this is also a frivolous filing. Plaintiff responded to all questions related to income or expenses with either a "0" or "N/A". Plaintiff also refused to acknowledge a legal residence. *See* PageID.41. When asked to "[p]rovide other information that

---

[1] The present case is a re-filing of an earlier case, *Cook v. Huntington National Bank*, 1:23-cv-80, which was dismissed because plaintiff filed a frivolous application to proceed *in forma pauperis* and failed to pay the filing fee in that case.

1

will help explain why you cannot pay the costs of these proceedings", plaintiff presented another non-sensical "specie" statement:

> Pay in what specie? There is no money. The Federal Reserve Board of Governors are the only ones legally eligible to use Federal Reserve Notes, so how am I supposed to pay? Everything is in trusts.

*Id*. Contrary to his non-sensical "specie" statement, plaintiff acknowledged the existence of money in the application, *i.e.*, plaintiff stated that he has $120.00 in a checking account (*see* PageID.38) and paid the $402.00 filing fee in one of his other lawsuits filed on March 6, 2023. *See Robert Cook and Lisa Cook v. Kellogg Community Credit Union*, 1:23-cv-231.

Plaintiff Robert Cook has failed to file the appropriate application or submit the filing fee as directed by the Court. Accordingly, the second application (ECF No. 8) is **DENIED** and this action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: April 17, 2023                                  /s/ Jane M. Beckering
                                                        JANE M. BECKERING
                                                        United States District Judge

2